UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: SEARCH WARRANT      )      CAUSE NO. 1:20-mj-0369 & 1:20-mj-0370
                                                  )
                                                  )

**APPEARANCE**

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana,

by Lawrence D. Hilton, Assistant United States Attorney for the Southern District of Indiana,

and enters his appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:      _____
          Lawrence D. Hilton
          Assistant United States Attorney